| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CapRock Land Company, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **23-20172-RLJ-11** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADAMS GRAIN COMPANY P.O. Box 799 Arbuckle, CA 95912** | | **Trade debt** | | | | **$33,930.55** |
| **DALIAN XINGLONGKEN ORGANIC CEREAL & OIL Room 1-6-1 No. 6 Nansong Road Shahekou District Dalian City, Liaoning Provice** | | **Trade debt** | | | | **$689,779.06** |
| **DIVINE AFRIAGRO DMCC 506-B Jumeirah Bay X3 Cluster X Jumeirah Lakes Towers Dubai UAE** | | **Trade debt** | | | | **$1,306,667.98** |
| **ECO GOLD NUTRI & ORGANICS LLP 337/2/2 A.b. Road Village Dakachya Tehsil Sanwer District Madhya Pradesh** | | **Trade debt** | | | | **$92,447.29** |
| **FIVE RIVERS DISTRIBUTION, LLC P.O Box 5606 Van Buren, AR 72957** | | **Trade debt** | | | | **$102,102.60** |
| **FLEMING DAIRY PRODUCTS 1723 East 36000 South Wendell, ID 83355** | | **Trade debt** | | | | **$23,349.60** |

| Debtor | **CapRock Land Company, LLC** | Case number *(if known)* | **23-20172-RLJ-11** |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HOLLAND & KNIGHT** P.O. Box 936937 Atlanta, GA 31193 | | | | | | **$20,014.50** |
| **INDIAN RIVER TRANSPORT** P.O. Box 936339 Atlanta, GA 31193 | | **Trade debt** | | | | **$22,943.72** |
| **LIVESTOCK NUTRITION CENTER, LLC** 11225 College Blvd, Suite 330 Overland Park, KS 66210 | | **Trade debt** | | | | **$429,346.10** |
| **MEB TRADING LLC** 2500 Harmony Street Amarillo, TX 79106 | | **Trade debt** | | | | **$21,217.54** |
| **MODESTO MILLING** P.O. Box A Empire, CA 95319 | | **Trade debt** | | | | **$37,520.00** |
| **OTML INC.** 7901 4th St. N. St. 300 Saint Petersburg, FL 33702 | | **Trade debt** | | | | **$24,181.44** |
| **PT CORPORATION** P.O. Box 1949 Cleveland, MS 38732 | | **Trade debt** | | | | **$32,359.47** |
| **ROANOKE INSURANCE** 1475 Woodfield Rd. Suite 500 Schaumburg, IL 60173 | | **Trade debt** | **Disputed** | | | **$280,000.00** |
| **SKY HARBOR TRUCKING LLC** 7882 Harold Road Dundalk, MD 21222 | | **Trade debt** | | | | **$17,206.25** |
| **SMARTMODE INTERNATIONAL LOGISTICS** 525 Milltown Road Suite 305 North Brunswick, NJ 08902 | | **Trade debt** | | | | **$158,550.00** |

Debtor   **CapRock Land Company, LLC**                                    Case number *(if known)*   **23-20172-RLJ-11**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Stone X Commodity Solutions, LLC 1251 NW Briarcliff Pkwy Suite 800 Kansas City, MO 64116** | | | **Disputed** | **$15,000,000.00** | **$1,000,000.00** | **$14,000,000.00** |
| **TRANSHOLD INC. P.O. Box 1207 Perris, CA 92572** | | **Trade debt** | | | | $40,000.00 |
| **UNION PACIFIC RAILROAD COMPANY P.O. Box 502453 Saint Louis, MO 63150** | | **Trade debt** | | | | $16,824.00 |
| **US CUSTOMS AND BORDER PROTECTION 1300 Pennsylvania Ave Suite 4.4-B Washington, DC 20229** | | **Trade debt** | | | | $233,933.77 |