

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 15, 2024**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 23-20172-rlj11 |
| | § | |
| **CAPROCK LAND COMPANY, LLC,** | § | |
| | § | |
| *Debtor*. | § | |
| | § | |

### ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION
### TO CONVERT CASE TO CHAPTER 7

The Court has considered the *Motion to Convert Case to Chapter 7* (the "Motion") [Dkt. No. 176] filed on February 12, 2024 by Laurie Dahl Rea, Chapter 11 Trustee (the "Trustee"). The Court held a hearing on the Motion on March 14, 2024. No party objected to the Motion. The Court has considered the Motion and the record in this case and finds as follows: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iii) the Trustee has shown good cause for conversion. It is therefore

**ORDERED** that the Motion is **GRANTED**, and this case is hereby converted to a case under Chapter 7.

### ### End of Order ###

Submitted by:

*/s/ Shannon S. Thomas*
Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com


GENERAL COUNSEL FOR
LAURIE DAHL REA, CHAPTER 11 TRUSTEE