TROY A. BLACKWELL; SBN 00793348
BLACKWELL LAW FIRM, LLP
703 S. Van Buren
Amarillo, TX 79101
(806) 331-3130
(806) 331-4530 FAX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 23-20172-RLJ-7 |
| CAPROCK LAND COMPANY, LLC § | |
| § | |
| § | |
| § | |
| CREDITOR § | |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that the Creditors' address has changed. Following is the correct mailing address for Creditor:

MEB Trading, LLC
5300 Everett Ave.
Amarillo, TX 79106

Dated: July 9, 2024

By: /s/Troy A. Blackwell; SBN 00793348
ATTORNEY FOR MEB TRADING, LLC

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2024, a true and correct copy of the foregoing was served on the following:

CHAPTER 7 TRUSTEE
Laurie Dahl Rea
Rochelle McCullough, LLP
300 Throckmorton Street
Ste. 520
Fort Worth, TX 76102

CREDITOR
MEB Trading, LLC
5300 Everett Ave.
Amarillo, TX 79106

DEBTOR'S BANKRUPTCY ATTORNEY
Steven Lee Hoard
Mullin, Hoard, & Brown, LLP
PO Box 31656
Amarillo, TX 79120-1656

/s/Troy A. Blackwell
Attorney for Creditor