

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAPROCK LAND COMPANY, LLC, | § | CASE NO. 23-20172-RLJ-7 |
| DEBTOR. | § | |

## ORDER GRANTING MOTION TO
## APPROVE SETTLEMENT PURSUANT TO FED R. BANKR. P. 9019

This matter is before the Court on the *Motion to Approve Settlement of Claims Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") filed by Laurie Dahl Rea, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Caprock Land Company LLC ("Debtor" or "Land"). After consideration of the Motion, the Settlement Agreement[1] attached thereto, and the record in this case and the Adversary Proceeding, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) proper and adequate notice of the

---

[1] All capitalized terms herein not otherwise defined shall have the meanings assigned to them in the Motion.

Motion has been given and that no other or further notice is necessary; (iii)the relief requested in the Motion is fair and equitable, is the product of arm's length negotiation between the Trustee, Keegan and TKO, and is in the best interest of the estate; (iv) good and sufficient cause exists for granting the relief requested in the Motion; and (v) no objections to the Motion were filed with the Court or received by the Trustee.  The Court further finds that paragraph K of the Settlement Agreement attached to the Motion inadvertently defines as the adversary proceeding subject to the terms of the Settlement Agreement as case number 23-20172-RLJ-7, which is the main bankruptcy case number.  Accordingly, the Court finds that paragraph K of the Settlement Agreement should be and hereby is amended to state the correct Adversary Number for *Rea v. Keegan* which is 24-2005-rlj7.  Therefore, it is

**ORDERED** that the Motion is here by GRANTED and the Settlement Agreement attached to the Motion is APPROVED, as amended herein, pursuant to FED. R. BANKR. P. 9019, and the Trustee is authorized to undertake any further action necessary to effectuate the terms of the Settlement Agreement.  It is further,

ORDERED that the Trustee may revise paragraph K of the Settlement Agreement to correctly reference Adversary Proceeding Number 24-2005-rlj7 prior to executing the Settlement Agreement.

### ### END OF ORDER ###

SUBMITTED BY:

*/s/      Curt D.Hochbein*
Curt D. Hochbein
State Bar No. (IN) 29284-29
ROCHELLE MCCULLOUGH, LLP
One Indiana Square
211 North Pennsylvania St. 1330
Indianapolis, IN 46204

Telephone: (317) 608-1137
chochbein@romclaw.com

    - and –

Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

---

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019**
**Page 3 of 3**